UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS


_____
                          |
Town of Lee          |        Case No:  3:24-cv-300050 MGM
Plaintiff              |        Jury Trial Demanded
v.                      |
                          |
Monsanto et al.     |
Defendants.         |
_____ |


**Notification to the Court**


    The following documents are being filed today May 9, 2024 in Berkshire Superior Court co-currently with this  filing where Case No. 2476CV00044 is pending:


1.  Corrected Memorandum of Law for Partial Summary Judgment on the Issue of Liability of Monsanto and General Electric Motion for Partial Summary Judgment on the Issue of Defendants' Liability. This Corrected memorandum is being filed to correct minor errors encountered in the Memorandum filed in this court and Berkshire Superior court three days ago on May 6,

2.  Plaintiff's First Amended Complaint to be filed in Berkshire Superior Court c0currently with this filing.


May 9, 2024

Respectfully submitted by
s/*Cristóbal Bonifaz, Esq.*
Cristóbal Bonifaz MA Bar # 548405
*Law Offices of Cristóbal Bonifaz*
*180 Maple Street*
*Conway, Massachusetts 01341*
*Tel: 413-369-4263*
*Cell Number 413-522-7604*

<u>Certificate of Service</u>

Plaintiff the Town of Lee will serve all Defendants with this document on the same date that Defendants are served with the Original Complaint, the First Amended Complaint, Plaintiff's Memorandum of law in support of Plaintiff's Motion for Partial Summary Judgment Motion  and Accompanying Exhibits DJ-1 to DJ-38. Notification of the service will be filed in Court timely.

<u>s/ *Cristobal Bonifaz, Esq.*          </u>